IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LAURI YELENICH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MISSION SENIOR LIVING, LLC and<br>BUTTE ASSISTED LIVING, LLC,<br><br>　　　　Defendants. | CV 24–04–BU–DWM<br><br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a)(2),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All deadlines are VACATED.

DATED this 28th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court